## WARD v. SPENCER, appellant.

*Usury — when promissory note usurious — agreement to take usury.*

S. made two notes of $350 each, payable at six and seven months with interest, and delivered them to R., who exchanged them with W. for W.'s notes for $640, payable at earlier dates. W. sold one of the $350 notes to plaintiff for $340. In an action on the latter by plaintiff, S. set up usury, and the judge charged the jury, that if the note was made and delivered to R. to be discounted, it had no validity in his hands, and was not an operative obligation until he transferred it to W., and the transaction was then usurious; but if the note was delivered to R. in payment of a debt due him from S., then he had the right to sell it to W. for what he saw fit, and the transaction was not usurious. *Held,* correct. An agreement to give or take usury may be implied.

APPEAL from a judgment in favor of the plaintiff entered upon the verdict of a jury. The action was brought by James Ward against Philander A. Spencer and another, as maker and indorser upon a promissory note.

*A. E. Kilby,* for appellants.

*Francis & Pratt* and *F. W. Hubbard,* for respondent.

Mullin, P. J.

The head-note sufficiently states the point passed upon in the opinion.

*Judgment affirmed.*